473 A.2d 686

Commonwealth v. Williams, Appellant.

Submitted February 23, 1984. Jack A. Panella, for appellant; Christopher T. Spadoni, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

Order affirmed.